AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

SARAH J. BABCOCK,
(a.k.a. JOHN BABCOCK),

       Plaintiff,

          v.

HAROLD CLARKE, RUBEN CEDENO,
JEFFREY A. UTTECHT, STEPHEN
SINCLAIR, HAL SNIVELY, S. FLEENOR
and C. STERLIN,
         Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-5073-FVS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED Defendants' motion for Summary Judgment (Ct. Rec. 37) is GRANTED.  Judgment is entered in favor of the Defendants.  Plaintiff's action is dismissed in its entirety.

March 31, 2009
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
s/ Cheryl Switzer
_____
*(By) Deputy Clerk*

Cheryl Switzer